**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ROBERT EUGENE JOHNSON**
**ADC # 078181**                                                                                      **PETITIONER**

**v.**                                         **Case No. 5:15-cv-00138-KGB/JTR**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                      **RESPONDENT**

**<u>JUDGMENT</u>**

    Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case be dismissed with prejudice.

    Dated this the 8th day of November, 2017.

Kristine G. Baker
United States District Judge